IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2008 JAN 10 A 11: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FREDERICK RIVERS )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:08-CV-24-WKW
CONNIE BEDSOLE - Drug Prog. Spec. ) (To be supplied by Clerk of
ERINE MARSHBURN - Director of Prog. ) U.S. District Court)
T.C. GILES - WARDEN )
MS. PITTMAN - Classification Supervisor )
RICHARD ALLEN - DOC Commissioner )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) None

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county) None

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __N/A__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __N/A__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Connie Bedsole — P.O. Box 767 Clayton, AL 36016
2. Ernie Marshburn — P.O. Box 767 Clayton, AL 36016
3. T.C. Giles — PO Box 767 Clayton, AL 36016
4. Ms. Pittman/Class. Sup. — PO Box 767 Clayton, AL 36016
5. Richard Allen — 301 South Ripley St Montgomery, AL 36130
6. Linda Floyd M.D. — PO Box 767 Clayton, AL 36016

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Feb. 2007 4 July 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Racial Discrimination

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I Frederick Rivers #B/m 148197 was dismissed from Crime Bill in Feb, 07 for staff write ups Returned 7-15-07 to program. Inmate Jerry Michael Macon #w/m 247521 Recieved the same type staff write ups and was Allowed to continue in program

GROUND TWO: Mential Anguish

SUPPORTING FACTS: Due to the fact of being put out of the program I was denied placement of less restrictive facility. Denied less intens program regaurdless of health problems which could be life threating

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To make sure all inmates are treated fairly and stop abusing funds for federal funded program, see that outside help is used to oversee programs

x *Fredrick Rivere 148197*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-6-08
(Date)

*Frederick Rivere 148197*
Signature of plaintiff(s)



NAME Frederick Byers   AIS #148197 DORM # G-1/Mop
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Ms. Debra Hackett, Clerk
Office The Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) __Rivers    Fredrick__
                         LAST         FIRST         MI

DATE OF BIRTH __3-17-66__       SS# __148 177__

**Housing Recommendations:**

① Walking Cane
X 180 days
10-22-07 — 4-22-08

② no lifting > 20 lbs
X 180 d.
10-22-07 — 4-22-08

- General Population ___
- Medical Observation Unit ___
- Lower Level/Lower Bunk ___
- Suicide Precautions ___
- Special Watch (15 Minute Checks) ___
- Isolation ___
- Initiate Universal Precautions ___

④ lay in between
class X 180 days
10-22-07 — 4-22-08

⑤ no squatting
or bending X 180 d
10-22-07 — 4-22-08

**Individual found to be:**

③ Bottom Bunk profile
X 180 days
10-22-07 — 4-22-08

- Frail/Elderly ___
- Physically Handicapped ___
- Developmentally Disabled ___
- Drug/Alcohol Withdrawal ___
- Special Mental Health Needs ___
- Expressed Suicidal Ideation ___
- History of Seizures ___
- Other ___
Specify _____

⑥ no prolonged standing
or walking 10 min
X 180 d
10-22-07 — 4-22-08

Nurse __M Benefield__        Date __10-22-07__

X Frederick Rivers #8197

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

State of Alabama Department of Corrections
Crime bill Drug Treatment program (1400 Lloyd st montg. AL 36130-1501)
Ventress Corrections facility
P.O. Box 767
Clayton, AL 36016

V

Inmate: Fredrick D. Rivers A.I.S #148197C
Petitioner

### Rights To Proceeds:

C.C. warden - J.C. Giles.
C.C. Commissioner - Richard Allen
Cc. Director of treatment program - Marshburn
C.C. MR. Rivers, Lawey (Wendy Perile. P.C.)

Under Discrimination act (8th Amendment, 14th Amendment) I am Leting the State of Alabama, Department of Corr. Along will Crime bill Drug treatment, Director- Notification, of The (24 Months / 2 years) To Proceeds with this case in Civil/Feb court if need to be; To the Extent government officials are considered "on notice" that their conduct is violated of Established law if the state of law at the time give them "Fair waring" that their Conduct would be unconstitutional. Hope v Peizer, 536 U.S. 730, 741, 122, S ct, 2508, 153 L. Ed 2d 666 (2002); See Finsel, 326 F. 3d at 908.

### "Allegations"

1. Discrimination - 8th Amendment prohibits only cruel and unusual punishment, and the infliction of punishment is a deliber, a deliberate act intended to chastise or deter (Quoting Duckworth v Franzen, 780

# STATE OF ALABAMA
Department of Corrections
Inmate Stationery

I hereby Certify that I have Served a copy of the foregoing motion for "RIGHT TO PROCEEDS", 24 months/ 2 years Claus in Effect, And the State of Alabama Department of Corrections And the Drug Treatment Program Staff is held responsiable until A Court, or Judge Dismiss these Allegations of Injuries made by Discrimination of my disablitys under EQUAL protection Violation Clause of the Same is Being Hand mailed And united State mail, Postage PREPAID And properly Addressed As listed on this 29th day of march,
INMATE Frederick Rivon
PETITIONER

Department of Corrections
State of Alabama
   Staff And Commissioner (Richard Allen)
   P.O. Box 301501
   301 South Ripley St
   Montg, AL 36130
CC, Director of treatment program, Marshburn V.C.F, D.O.C,
CC, Warden J.C. Giles, Ventress Corrections Facitity.

NOTARY Block

State of Alabama
County of Barbour

Subscribed And Sworn to before me This 29th day March 2007

Notary public
Carolyn R. Abercrombie

My Commission Expires August 18, 2007

Comm. EXP. Date

N266

# STATE OF ALABAMA
Department of Corrections
*Inmate Stationery*

F. 2d 652 (7th Cir. 1985). Unable to do in Crime bill, only have re-injuries, my injuries and being punished, Trying to do the things in the Program "Squatting and Bending in Program, "Bad pain" In Back, Knees, Hips, with Authoritis Punishment, Setting in a hard Chair For hours As a Punishment oF the program "Authoritis in Back" "Back Injury" Pinch Nerve in back, Hurning Dics, L4, L3, L2, Deteriorating Dics, – "Setting in a Hard Chair For Hours As A punishment" "Unable" Constititional law medical EXEmption where staff physician Stated that the type exercise/Treatment require in Crime bill would be detrimental to Inmate Health, that DUAL And diagnostics would be more Suitable with his type disablitys were inmate take Medications and phyically can not perform certain types Excercise, And things that inmate is unable to Form due to his disabilitys P. 1222 Equal protection violation (12-14) The Equar Protect Clause oF Fourteenth Amendment, dictates that "No State" Shall DENY To ANY PERSON Within it Jurisdiction the equal Protection oF the Laws, U.S. Cont. Amendment XIV, This Clause embodies A general Rule that STATE must treat like. Diagnostics is Also A Intus UF SAP Program; Why Am I INMATE Fredrick Rivers A.I.S# 148197L HAVE BEEN DENY DIAGNOSTICS, See Also [Estelle v. Gamble] 429 U.S. 97, 104 (1976) Plurality opinion.