# UNITED STATES DISTRICT COURT

Middle District of Alabama

Frederick Rivers
Plaintiff

v.

Connie Bedsole et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:08-CV-24-WKW

I, FREDERICK RIVERS, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  VENTRESS CORRECTIONAL FACILITY

   Are you employed at the institution?  No   Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☐ Yes   ☒ No
   f. Any other sources                                 ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount.  —0—

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  NONE At this time

I declare under penalty of perjury that the above information is true and correct.

_____1-6-08_____    _____Frederick Rivers #148197_____
        Date                              Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

6-1/10A         Frederick Rivers 148197

Ms. Ross, I need this form completed by your office showing money recieved for past 6 months / or Printout

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/7/08___.
                 (date)

_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __0.73__ on account to his credit at the __Ventress__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ __70.00__   on the 1st day of __AUG__
2. $ __0__       on the 1st day of __SEP__
3. $ __75.00__   on the 1st day of __Oct__
4. $ __50.00__   on the 1st day of __Nov__
5. $ __171.00__  on the 1st day of __Dec__
6. $ __0__       on the 1st day of __Jan__

_____
Authorized Officer of Institution
Bus. Mgr.

DATE __1/7/08__

NAME Frederick Rivers    AIS # 148197   DORM # G-1
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

Montgomery AL 361
09 JAN 2008 PM 1 T



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Ms. Debra Hackett, Clerk
Office The Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama
36101-0711

