## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Autra Guice_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Audra Guice
C. Date of Delivery: 1-15-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   J. C. Giles, Warden
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   08cv24 C+OP

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 7173

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Autra Guice_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Audra Guice
C. Date of Delivery: 1-15-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Connie Bedsole
   Ventress Correctional Facility
   PO Box 767
   Clayton, AL 36016

   08cv24 C+OP

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 7197

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

SCANNED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _[signed]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Autra Guice   C. Date of Delivery 1-15-08<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Rebecca Pittman<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>08cv24  C+OP | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0026 7166 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _[signed]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Autra Guice   C. Date of Delivery 1-15-08<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Ernie Mashburn<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL 36016<br><br>08cv24  C+OP | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0026 7180 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

SCANNED