IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FREDERICK RIVERS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CONNIE BEDSOLE, ERINE )<br>MARSHBURN, J.C. GILES, MS. )<br>PITTMAN, RICHARD ALLEN, and DR. )<br>LINDA FLOYD, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:08-CV-24-WKV |

## SPECIAL REPORT

COMES NOW the defendant, LINDA JOYCE FREEMAN FLOYD (hereinafter "Floyd"), by and through counsel, and in response to the Plaintiff's Complaint dated January 10, 2008, and this Court's Order of January 14, 2008, presents the following Special Report with regard to this matter.

### I.   INTRODUCTION

The plaintiff, Frederick Rivers (AIS #148197) set forth in his Complaint that he was dismissed from the crime bill at the Ventress Correctional Facility located in Clayton, Alabama, in February, 2007 for staff write-ups and was returned to the program on July 15, 2007. Rivers alleges in his Complaint that due to the fact that he was removed from the program, he was denied placement in a less restricted facility. Due to being removed from the program, Rivers claims racial discrimination and mental anguish. (Plaintiff's Complaint attached hereto as Exhibit A.)

{B0808027}

Rivers names Linda Floyd in his Complaint as an individual whom he alleges violated his constitutional rights. Linda Floyd is listed in the Plaintiff's Complaint as a medical doctor. However, Floyd is in fact a Nurse Practitioner at the Ventress Correctional Facility. (Affidavit of Linda Joyce Freeman Floyd, attached hereto as Exhibit B.) Floyd has been a Licensed Nurse Practitioner since 2003 and has been employed as a Nurse Practitioner at the Ventress Correctional Facility located in Clayton, Alabama, for four years. She has been an employee of Correctional Medical Services ("CMS") since November 1, 2007. (Id.).

## II.   NARRATIVE SUMMARY OF FACTS

The Alabama Department of Corrections has a drug rehabilitation program and a crime bill program at the Ventress Correctional facility. Both the drug rehabilitation program and the crime bill program are fully administrated and controlled by the Alabama Department of Corrections. (Id.).

As a Nurse Practitioner, Floyd had absolutely nothing to do with the administration of either the drug rehabilitation program or the crime bill program. (Id.).

Floyd never personally had anything to do with the acceptance or dismissal of any inmate from either the crime bill program or the drug rehabilitation program, or any other program administered by the Alabama Department of Corrections at the Ventress Correctional Facility. Whether an inmate is accepted into any program, kept in any program, or dismissed from any program controlled by the Alabama Department of Corrections is completely controlled by the Alabama Department of Corrections. (Id.).

{B0808027}

Specifically, with regard to the claims of inmate Frederick Rivers, No. 148197, Floyd never had anything to do with Mr. Rivers' acceptance into or dismissal from the crime bill program administered by the Alabama Department of Corrections. (Id.).

Due to the fact that Floyd had nothing at any time to do with Mr. Rivers' acceptance to or dismissal from the crime bill program, she could not have discriminated against Mr. Rivers regarding his acceptance and/or dismissal from any such program. (Id.).

Regarding the medical treatment Floyd administered to Mr. Rivers, she specifically saw Mr. Rivers on five separate occasions, the first of which was at the Chronic Care Clinic at the Ventress Correctional Facility on November 30, 2006. Mr. Rivers was seen for his seizure disorder, asthma, and blood pressure. On that occasion, Mr. Rivers' standard medications were re-ordered. Floyd next saw Mr. Rivers on February 27, 2007, at the Chronic Care Clinic. Mr. Rivers was complaining of symptoms of a cold and Floyd personally ordered cold medicines for Mr. Rivers. Floyd next saw Mr. Rivers on May 15, 2007, at which time Mr. Rivers' asthma medications were renewed. Floyd next saw Mr. Rivers on August 15, 2007, at which time Mr. Rivers' prescription for Albuterol for his asthma was renewed as were his mental health medications. Floyd next saw Mr. Rivers on November 7, 2007, when he complained of cold symptoms. His standard medications were renewed and Mr. Rivers was given a cold pack for his cold symptoms. Floyd has not seen Mr. Rivers since November 7, 2007. Mr. Rivers' quarterly appointment in the Chronic Care Clinic is scheduled for February 6, 2008. (Id.).

{B0808027}

The dates listed above are the only dates on which Floyd has had any contact whatsoever with Mr. Rivers. (Id.).

### III. DISCUSSION

As stated by Floyd in her Affidavit (Exhibit B), she had absolutely nothing to do with Mr. Rivers' acceptance into or dismissal from the crime bill program at the Ventress Correctional Facility. Due to the fact that Floyd had nothing whatsoever to do with the administration of the crime bill program, she cannot be held accountable for any alleged §1983 claim of violation of civil rights.

There are no claims of deliberate indifference or medical malpractice made against Floyd in the Plaintiff's Complaint. The only claims in the Plaintiff's Complaint are for racial discrimination and mental anguish arising from Mr. Rivers' alleged dismissal from the crime bill program at the Ventress Correctional Facility.

Due to the fact that it is undeniable that Floyd had nothing to do with the administration of the crime bill program, any and all claims against Floyd are due to be dismissed.

Respectfully submitted,

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB 4379-P67P
E-Mail: pgp@starneslaw.com

WILLIAM ANTHONY DAVIS, III
ASB#: 5657-D65W
E-Mail: tdavis@starneslaw.com

{B0808027}

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Linda Joyce Freeman Floyd

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Frederick Rivers
AIS #148197
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

                                        s/Philip G. Piggott
                                        PHILIP G. PIGGOTT
                                        ASB#: 4379-P67P
                                        E-mail: ppiggott@starneslaw.com

{B0808027}

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2008 JAN 10 A 11: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

FREDERICK RIVERS )
Full name and prison number )
of plaintiff(s) )
)
) CIVIL ACTION NO. 2:08-CV-24-WKW
v. ) (To be supplied by Clerk of
) U.S. District Court)
CONNIE BEDSOLE - DRUG PROG. SPEC. )
EZINE MARSHBURN - DIRECTOR OF PROG. )
T.C. GILES - WARDEN )
MS. PITTMAN - CLASSIFICATION SUPERVISOR )
RICHARD ALLEN - DOC. COMMISSIONER )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

   Plaintiff(s) None

   Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county) None

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __N/A__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __N/A__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Connie Bedsole | P.O. Box 767 Clayton, AL 36016 |
| 2. | Edine Marshburn | P.O. Box 767 Clayton, AL 36016 |
| 3. | J.C. Giles | PO Box 767 Clayton, AL 36016 |
| 4. | Ms. Pittman/Class Sup | PO Box 767 Clayton, AL 36016 |
| 5. | Richard Allen | 301 South Ripley St Montgomery, AL 36130 |
| 6. | Linda Floyd M.D. | PO Box 767 Clayton, AL 36016 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Feb. 2007__
__4 July 2007__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Racial Discrimination__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I FREDERICK RIVERS #B/m 148197 WAS dismissed from CRIME Bill IN Feb, 07 for staff write ups RETURNED 7-16-07 to program. Inmate JERRY Michael MACON #w/m 247521 RECIEVED the same Type staff write ups ANd WAs Allowed To continue in program

GROUND TWO: Mentual Anguish

SUPPORTING FACTS: Due to the fact of being put out of the program I WAs denied placement of less restrictive facility. Denied Less Intens program regaurdless of Health problems which could be life threating

GROUND THREE: 

SUPPORTING FACTS: 

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To Make sure All Inmates are treated fairly and stop abusing funds for federal funded program, see that outside help is used to over see programs

x *Frederick Rivera 148197*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-6-08
(Date)

*Frederick Rivera 148197*
Signature of plaintiff(s)

4

NAME Frederick Rivers AIS # 148127 DORM # G-6
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
09 JAN 2008 PM 1 T

Ms. Debra Hackett, Clerk
Office The Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS
LIBRARY

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) Rivers Frederick
LAST FIRST MI

DATE OF BIRTH 3-17-66  SS# 148 177

**Housing Recommendations:**

(1) Walking Cane
X 180 days
10-22-07 — 4-22-08

(2) no lifting > 20 lbs
X 180 d.
10-22-07 — 4-22-08

___ General Population
___ Medical Observation Unit
___ Lower Level/Lower Bunk
___ Suicide Precautions
___ Special Watch (15 Minute Checks)
___ Isolation
___ Initiate Universal Precautions

(4) Lay in between
X 180 days
10-22-07 — 4-22-08

(5) no squatting
or bending X 180 d
10-22-07 — 4-22-08

**Individual found to be:**

(3) bottom bunk profile
X 180 days
10-22-07 — 4-22-08

___ Frail/Elderly
___ Physically Handicapped
___ Developmentally Disabled
___ Drug/Alcohol Withdrawal
___ 
___ 
___ History of Seizures
___ Other
___ Speech

(6) no prolonged standing
or walking > 10 min
X 180 d
10-22-07 — 4-22-08

Nurse M Benefield  Date 10-22-07

X Frederick Rivers

GLF 1005  Original  Third Copy/Medical Unit

Case 2:08-cv-00024-WKW-TFM Document 7-2 Filed 02/06/2008 Page 2 of 4
Case 2:08-cv-00024-WKW-TFM Document 1 Filed 01/07/2008 Page 8 of 10
N2GS

# STATE OF ALABAMA
Department of Corrections
Inmate Stationery

State of Alabama Department of Corrections
Crime bill Drug Treatment program (1400 Lloyd st montg. AL 36130-1501
Ventress Corrections facility
P.O. Box 767
Clayton, AL 36016

V

Inmate: Fredrick D. Rivers A.I.S # 148197L
Petitioner

## Rights To Proceeds:

C.C. warden - J.C. Giles.
C.C. Commissioner - Richard Allen
Cc. Director of treatment program - Marshburn
C.C. Mr. Rivers, Lawey (Wendy perice. P.C.)

Under Discrimination act. (8th Amendment, 14th Amendment) I'am Leting the State of Alabama, Department of Corr. Along will Crime bill Drug treatment, Director - Notification, of The (24 months / 2 years) To Proceeds with this case in Civil/Feb Court If Need to be; To the extent government officials are Considered "on notice" that their Conduct is violated of Established law if the state of law at the time give them "Fair waring" that their Conduct would be unconstitutional. Hope v peizer, 536 U.S. 730, 741, 122, Sct, 2508, 153 L.Ed 2d 666 (2002); See Finsel, 326 F. 3d At 908,

## "Allegations"

1. Discrimination - 8th Amendment prohibits only Cruel and unusual punishment, And the infliction of Punishment is a deliber. A deliberate Act intended to Chastise or deter (quoting Duckworth v Franzen, 780

Case 2:08-cv-00024-WKW-TFM  Document 7-2  Filed 02/08/2008  Page 3 of 4
Case 2:08-cv-00024-WKW-TFM  Document 1  Filed 02/08/2008  Page 9 of 10
N266

# STATE OF ALABAMA
Department of Corrections
Inmate Stationery

I hereby certify that I have served a copy of the foregoing motion for "RIGHT TO PROCEEDS", 24 months/ 2 years Claus in Effect, And the State of Alabama Department of Corrections and the Drug Treatment Program Staff is held responsible until A Court, or Judge Dismiss these Allegations of Injuries made by Discrimination of my disablitys under EQUAL protection violation clause of the Same is being hand mailed and united State mail, Postage Prepaid and properly Addressed as listed on this 29th day of March.

INMATE Frederick Rwori
PETITIONER

Department of Corrections
State of Alabama
    Staff and Commissioner (Richard Allen)
    P.O. Box 301501
    301 South Ripley St
    Montg, AL 36130
CC, Director of treatment programs, Marshburn V.C.F. D.O.C.
CC, Warden J.C. Giles, Ventress Corrections Facility.

NOTARY Block

State of Alabama
County of Barbour

Subscribed and Sworn to before me
This 29th day March 2007

Notary Public
Carolyn R. Abercrombie

My Commission Expires August 18, 2007

Comm. Exp. Date

Case 2:08-cv-00002-WKW-TFM Document 7-2 Filed 02/06/2008 Page 10 of 10
Case 2:08-cv-00002-WKW-TFM Document 1-2 Filed 01/02/2008 Page 4 of 4
N266

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

F. 2d 652 (7th Cir, 1985). Unable to do in Crime bill, only have re-injuries, my injuries and being punished, Trying to do The things in the program" squatting and Bending in program," "Bad pain" — In back, knees, Hips, with authoritis punishment, setting in a hard Chair for hours as a punishment of the program "Authoritis in Back" "Back Injury" pinch Nerve in back, Hurning Discs, L4, L3, L2, Deteriorating Discs, — "Setting in a Hard Chair For Hours as a punishment" "unable" Constititional law medical EXEMPTION where staff physician stated that the type exercise/Treatment require in Crime bill would be detrimental to Inmate Health, that DUAL And diagnostics would be more Suitable with his type disabilitys were inmate take medications and phyically can not perform certain types Excercise, And things that inmate is unable to form due to his disabilitys P. 1222 Equal protection Violation (12-14) The Equal Protect Clause of Fourteenth Amendment, dictates that "NO State" SHAll DENY TO ANY PERSON Within it jurisdiction the equal protection of the Laws, U.S. Cont. Amendment XIV, This clause embodies A general Rule that STATE must treat like. Diagnostics is also A Intas up SAP program; Why Am I INMATE Fredrick Rivers A.I.S # 148197L HAVE BEEN DENY DIAGNOSTICS, See Also [Estelle v. Gamble] 429 U.S. 97, 104 (1976) Plurality opinion).

# EXHIBIT B

FEB 0 8 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FREDERICK RIVERS, #147197,       )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )
                                 )
CONNIE BEDSOLE, ERINE            )   CIVIL ACTION NO.
MARSHBURN, J.C. GILES, MS.       )   2:08-CV-24-WKV
PITTMAN, RICHARD ALLEN, and DR.  )
LINDA FLOYD,                     )
                                 )
    Defendants.                  )

### AFFIDAVIT OF LINDA JOYCE FREEMAN FLOYD

STATE OF ALABAMA    )
BARBOUR COUNTY      )

Before me, the undersigned authority, in and for said county and state, personally appeared Linda Joyce Freeman Floyd, who, after being duly sworn by me under oath, deposes and states as follows:

1. My name is Linda Joyce Freeman Floyd. I am a Licensed Nurse Practitioner licensed to practice in the State of Alabama. I am over the age of nineteen (19) years and have personal knowledge of all matters stated herein.

2. I have been a Licensed Nurse Practitioner since 2003. I have been employed as a Nurse Practitioner at the Ventress Correctional Facility located in Clayton, Alabama, for four years. I have been an employee of Correctional Medical Services ("CMS") since November 1, 2007.

{B0807921}

3. CMS was awarded the contract to provide medical services to inmates incarcerated in facilities controlled by the Alabama Department of Corrections on November 1, 2007.

4. The Alabama Department of Corrections has a drug rehabilitation program and a crime bill program at the Ventress Correctional facility. Both the drug rehabilitation program and the crime bill program are fully administrated and controlled by the Alabama Department of Corrections.

5. As a Nurse Practitioner I have absolutely nothing to do with the administration of either the drug rehabilitation program or the crime bill program.

6. I have personally never had anything to do with the acceptance or dismissal of any inmate from either the crime bill program or the drug rehabilitation program, or any other program administered by the Alabama Department of Corrections at the Ventress Correctional Facility.

7. Whether an inmate is accepted into any program, kept in any program, or dismissed from any program controlled by the Alabama Department of Corrections is completely controlled by the Alabama Department of Corrections.

8. Specifically, with regard to the claims of inmate Frederick Rivers, No. 148197, I have never had anything to do with Mr. Rivers' acceptance into or dismissal from the crime bill program administered by the Alabama Department of Corrections.

9. Due to the fact that I have had nothing at any time to do with Mr. Rivers' acceptance to or dismissal from the crime bill program, I could not have discriminated against Mr. Rivers regarding his acceptance and/or dismissal from any such program.

{B0807921}

10. Regarding the medical treatment I have administered to Mr. Rivers, I have specifically seen Mr. Rivers on five separate occasions.

11. I first saw Mr. Rivers at the Chronic Care Clinic at the Ventress Correctional Facility on November 30, 2006. Mr. Rivers was seen for his seizure disorder, asthma, and blood pressure. On that occasion, Mr. Rivers' standard medications were re-ordered.

12. I next saw Mr. Rivers on February 27, 2007, at the Chronic Care Clinic. Mr. Rivers was complaining of symptoms of a cold and I personally ordered cold medicines for Mr. Rivers.

13. I next saw Mr. Rivers on May 15, 2007, at which time Mr. Rivers' asthma medications were renewed.

14. I next saw Mr. Rivers on August 15, 2007. On this occasion Mr. Rivers' prescription for Ibuterol for his asthma was renewed.

15. I next saw Mr. Rivers on November 7, 2007, when he complained of cold symptoms. His standard medications were renewed and Mr. Rivers was given a cold pack for his cold symptoms.

16. I have not seen Mr. Rivers since November 7, 2007. Mr. Rivers' quarterly appointment in the Chronic Care Clinic is scheduled for February 6, 2008.

17. The dates listed above are the only dates on which I have had any contact whatsoever with Mr. Rivers.

18. I am familiar with the standard of care of Nurse Practitioners for examining and treating patients such as Mr. Rivers. I fully complied with the standard of care for

Nurse Practitioners during my examination and treatment of Mr. Rivers on the above-mentioned dates.

FURTHER AFFIANT SAITH NOT.

Dated this the 5th day of February, 2008.

_Linda Joyce Freeman Floyd_
Linda Joyce Freeman Floyd

STATE OF ALABAMA    )
TALLADEGA COUNTY    )

I Linda E. Teal in and for said county and state, hereby certify that Linda Joyce Freeman Floyd, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

Given under my hand the seal of this 5th day of February, 2008.

_Linda E. Teal_
NOTARY PUBLIC

My Commission Expires: 7-11-11

{B0807921}