**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **FREDERICK RIVERS,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| **CONNIE BEDSOLE, ERINE MARSHBURN, J.C. GILES, MS. PITTMAN, RICHARD ALLEN, and DR. LINDA FLOYD,** | ) ) ) ) ) ) | **CIVIL ACTION NO. 2:08-CV-24-WKV** |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW LINDA JOYCE FREEMAN FLOYD, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3407:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

{B0810529}

2

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

2/11/08
Date

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB 4379-P67P
E-Mail:  pgp@starneslaw.com

WILLIAM A. DAVIS, III
ASB#:  5657-D65W
E-Mail:  tdavis@starneslaw.com

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Linda Joyce
Freeman Floyd

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Frederick Rivers
AIS #148197
Ventress Correctional Facility
P.O. Box 767
Clayton, AL  36016

Legal Division
Alabama Department of Corrections
P.O. Box 301501
Montgomery, Alabama  36130-1501

                 <u>s/Philip G. Piggott</u>
                 PHILIP G. PIGGOTT
                 ASB#:  4379-P67P
                 E-mail: ppiggott@starneslaw.com

{B0810529}