N266

**STATE OF ALABAMA**
Department of Corrections AND FILED
Inmate Legatory RETURNED

RECEIVED

MAR 13 2008

FREDERICK RIVERS, #148197
            Plaintiff,

    VS

Connie BeDSole, et al.
            Defendants

MAR 13 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

CLERK
U.S. DISTRICT COURT
MIDDLE DIST Number

2:08-CV-24-WKW-TFW

## Special Report

Come Now frederick Rivers #148197, Plaintiff
File-ing this Special Report Showing wittness To
Plaintiff Allegations, and how his constitutional
Rights were violated, by the Defendants,

## DEFENSES Deny's

Proof of the plaintiff Right have been
violated, By the Defenses, under the
Code of Federal Regulations office of
The Secretary, Department of housing and urban
Development — policies and procedures for the
Enfocement of standards and requirements For
Accessibility by the physically handicapped, 24
CFR Part 41.
        Federal procedure: 17A Feb proci1ed,
Health, Education, and welfare, $42:2239 Am
juri 13 Am Jur 2d Building $37,

   Each Defendants, is an Individual Capac
Ity — punitive damages.

Each Defendants Pay official Capacity —

**STATE OF ALABAMA**

Department of Corrections
*Inmate Stationery*

INjuncitive Relief, Chapter 4 Focuses on com
pensatory and punitive damages; From 1983 From
Plaintiff's Filed for "To be treated Fairly" and out Side
Help to over see programs, But MY Injuncitive relief
is all Defendants, Jab's For 18 months or $2,500.00
Dollars Eachs, The Third circuit found
That the P,L,R,A,'s Bar did Apply to The
Plaintiff's Possible claim For nominal Damages
For the violation Of His right of the First amend
ment and the Eight amendment right. See making
V. colorado Dept of corrections, 183 F 3d 1205
c 10th cir 1999) publ No 64-134, 1996 Hr 3019 (1996)

INdividual legislative immunity
for all Damages. Following the second,
FiFth and eleventh circuite, we hold today
that For all Claime along with Damages with
physical injury Like IN This Claime.

Miscellaneous proceeDings
Rule 32 D

(A) For Attendance of witnesses:from: ISS
UACE, every Subpoena Shall be issued by the clerk
under the Seal of the Court, Shall State the
Name of the Court and the title of the action
and Shall command each person to whom it
is directed to attend and give Testimong at
A Time and Place there in Specified, the clerk Shall
issue a Subpoena, or A Subpoena for the production
of Documentary evidence Signed and Sealed
①on The Subpoena will be John REAdy A.I.S. #232522
②on The Subpoena will be WilliE English A.I.S. #169446

STATE OF ALABAMA
COUNTY OF _Barbour_

### *AFFIDAVIT*

BEFORE ME, _Carolyn R. Abercrombie_ , a notary public in and for said County and State, personally appeared _Frederick Rivers_ , and being duly sworn, deposed and says on oath the following:

See   attached.

Further affiant sayith not.

_Frederick Rivers_ _148197_
Signature of Affiant

Subscribed and sworn to before me this

_4th_ day of _March_ , 20 _08_.

_Carolyn R. Abercrombie_
Notary Public

My Commission Expires 08/08/2011

Comm. Exp. Date

## STATE OF ALABAMA

Department of Corrections
*Inmate Stationery*

FREDERICK Rivers
    Plaintiff

VS.

Connie DelSole, Et,
    Defendants.

Civil Action No.
2:08-CV-24-WKW

---

### AFFIDAVIT

Befor me, the underSigned authority, a notary public
in and For the Said County and State of ALABAMA
My name is Frederick Rivers. I'Am over, the age of
twenty on/211. And the Defendant's have Stated
in Exhibit B&C wasn't Court ordered Crime bills,
was ordered a long and Inte Sub, Abuse programs. you
hav 8 weeks Sap tate and long, you have T.C, INTes
and very long, you have crime bill very Intests and
long. For healthy physical inmates 6 monts only. you have
Dual and Diagnostics 4 months ~~inte~~ inte and
Long, For Inmate that take imedications that Put you
To sleep, make you For get, and make you go to the rest
room a lot, (Dr.Floyd) STates on Her Document #1
page 3, were it Say, Floyd next Saw Mr. Rivers on August
15,2007, at which time Mr.Rivers prescription For
Albuterol for his asthma was renewed as were
his "mental health medications." Seizure disoreder
Asthma and High Blood Pressure, plaintiff Exhibit
1, 1B, 1c, 1D, and plaintiff exhibit 2, Dr. Floyd Was
The only M.D. that could have okayed For
me to go in Crime bill, Did She in my State
of mind.

**STATE OF ALABAMA**

Department of Corrections
Inmate Stationery

Page 2

Affidavit-Frederick Rivers, on page 3 of Connie bedsole
Affidavit, Show were I was re-injuries, on
February 6, 2007 Try to Do the assignments in
crime bill, Now I have a walking Cane,
No. Squatting or bending, and No prolonges standing or walking
For 10 min, Because of bending under beds picking
up all the inmates Shoes, and puting them on they
Bed So I could Sweep under the inmates bed's
By bending and Squatting Down, for a hour, So in
Her affidavit She told an untrue,

And new Free Dom Crime bill program
Rules and regulations, will Show, I could Do
Nothing but refuse to keep on being injuries
and punished for trying to get out of prison;

Rule Number, 35, 39
Rule Number, 39, 40 why would I have to refuse
The program Because of health, and pain, because
of Rule 39

My wittness will Show Rule
24, 42, 44
in Racial Discrimination again
Mr. Rivers, By Show how Crime bill Staff told and
untrue about jerry michael macon A I S #247521
write up's

## STATE OF ALABAMA

### Department of Corrections
*Inmate Stationery*

Certificate of Service

I, Frederick Rivers, (Petitioner) Swear that EVERY thing in this motion is True. I Further Swear that a copy of this motion is attached to Each of the Defendants Listed below will have a copy deposited in the U.S. mail box; properly addressed and First class postage paid.

1) Connie Bedsole, et al \ c/o Albert S. Butler (BUT-016) Alabama Department of Corrections 301 South Ripley Street P.O. Box 301501 Montgomery, AL 36130-1501. Same Addresses of Counsels "Elbine Marshburn, J.C. Giles, ms. Pittman, Richard Allen, "Legal Division" Alabama Department of Corrections, 301 South Ripley Street P.O. Box 301501 Montgomery, AL 36130-1501.

2) Dr. Linda Floyd, c/o Starnes & Atchison LLP Attorneys at Law 100 Brookwood Place Post Office Box 598512 Birmingham, Alabama 35259-8512

3) Office of The Clerk United States District Court, P.O. Box 711 Montgomery, Alabama 36101-0711

Date: 3-07-08    Respectfully Submitted
Frederick Rivers A.I.S # 148197

I Carolyn R. Abercrombie        Date March 11 2008
in and for County and          Carolyn R. Abercrombie
State: Alabama  Barbour County  Notary Public
Ventress Correction Facility

P.O. Box 767                    My Commission Expires

Clayton, AL 36016
My Commission Expires 08/06/2011

## STATE OF ALABAMA
### Department of Corrections
### Inmate Stationery

Frederick Rivers 148197 *
      PLAINTIFF

              2008 MAR -6 A 10: 19

      VS                    Civil Action Number
                    U.S. DISTRICT COURT
                    MIDDLE DISTRICT 08-CV-24 WKW-TFM

Connie Bedsole, Et Al   *

                    *

                    *

          Amendment of Affidavit

   Plaintiff will try to show cause to why this case should go forward as "Mental Anguish" and "Discrimination". The defendants named in this suit failed to be truthful with this court system as to the claims brought against them. Being the plaintiff to this suit I suffered with seizures brought on by the treatment of one such phase of the "Crime Bill Program" which invokes participants to be made angry for no just cause. I I tried to inform Ms. Bedsole of my condition and was told I could go through with it or be discharged from the program.
Defendant failed to mention Crimebill is a very stressful and strick rule run program that does not comply to the needs of those who need special attention or care. Defendant also failed to state that for inmates who take "Physic Trop Medication" They offer a Dual Diagnostic Program as long term SAP.
   Plaintiff also states that the programs here at Ventress are mandatory and not voluntary as Defendant said said such programs deems what classification will

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

recommend for inmates upon completion as to where you cannot even move until you have had two or more refusals or treatment failures. Plaintiff as well as other inmates are basically force to take whichever program Mr. Mashburn says they need. Defendants know that inmates want to get close to home or less restricted placement camps. So as Head of Classification Ms. Pittman as well as those under her authority force inmates into programs regardless of medical, religious, or mental back ground history.

Wherefore, the above premises considered, the petitioner respectfully requests that this Honorable court grant said civil action for good cause shown.

Respectfully submitted this 29th day of February 2008.

Frederick Rivers, Plaintiff
AIS# 148197, Dorm G
Ventress Correctional Facility
P.O. Box 767
Clayton, AL, 36016

**STATE OF ALABAMA**

Department of Corrections
*Inmate Stationery*

## Certificate of Service

I, FREDERICK Rivers, (Petitioner) swear that EVERY thing in this motion is True. I Further swear that a Copy of this motion is attached to Each of the Defendants Listed below will have a copy deposited in the U.S. mailbox; Properly Addressed and First Class postage Paid.

1) CONNIE BEDSOLE, et AL \ C/O ALBERT S. Butler (BUT-016) ALABAMA Department of Corrections 301 South Ripley Street P.O. Box 301501 Montgomery, AL 36130-1501. Same Addresses of Counsel's "ELAINE MARSHBurn A), J.C. Giles, Ms. Pittman, Richard Allen, "Legal Division" ALABAMA Department of Corrections, 301 South Ripley Street P.O. Box 301501 Montgomery, AL 36130-1501.

2) Dr. LINDA Floyd, C/O STARNES + ATchison LLP ATTorneys At Law 100 Brookwood Place POST office Box 598512 Birmingham, ALABAMA 35259-8512

3), Office of The Clerk United States District Court, P.O. Box 711 MONTGOMERY, ALABAMA 36101-0711

DATE: 3-07-08    Respectfully Submitted

Frederick River A.J.S # 148197

I Carolyn R. Abercrombie
in and said County and
State: ALABAMA   Barbour Co.
Ventress Correction Facility
P.O. Box 767
Clayton, AL 36016

DATE March 11, 2008

Carolyn R. Abercrombie
NOTARY PUBLIC

My Commission Expires

My Commission Expires ████████

NAME FREDERICK RIVERS    AIS #148197    DORM #G-1

VENTRESS CORRECTIONAL FACILITY    BEd 10A
P. O. BOX 767
Clayton, AL 36016



02 1P    $01.31⁰
0002403830  MAR 12 2008
MAILED FROM ZIP CODE 36016

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
VENTRESS
LAW LIBRARY Montgomery, ALABAMA
36101-0711



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _____

**To:** _____

**From:** _____

**Inmate Name:** _____ **ID#:** _____

## The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____until_____

5.  Other _____

## Comments:

_____

_____

_____

_____

**Date:** _____ **MD Signature:** _____ **Time:** _____

60418





# SPECIAL NEEDS COMMUNICATION FORM

PRISON
HEALTH
SERVICES
INCORPORATED

**Date:** 2·28·07

**To:** DCC

**From:** HCU/CCC

**Inmate Name:** Rivers Frederick      **ID#:** 145177

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

report to HCU on 17-07 @ 700 rm to see
Mrs. Floyd / CCC

_____ Rivers

**Date:** 2/28/07  **MD Signature:** Floyd Whipcar  **Time:** _____

60418

EXHIBIT
1B



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _5 07_

**To:** _D C_

**From:** _F U/CCC_

**Inmate Name:** _Rivers Fredrick_     **ID#:** _145197_

### The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Return to HCU 5-15-07 @ 700 AM_

_to see Mrs. Floyd CCC_

_____

_Frederick Rivers_

**Date:** _5/15/_    **MD Signature:** _Dr. J. Mapping_    **Time:** _____

_EXHIBIT_
_1c_

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _8-15-07_

**To:** _DCC_

**From:** _Nurupee_

**Inmate Name:** _Ricca Frederick_    **ID#:** _145197_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Report to Hcu on 11-7-07 @ 700 Am to_

_see Dr. Lloyd/ Athony CCC_

_____

_____

**Date:** _8/15/07_    **MD Signature:** _Lloyd/ Nhompn_    **Time:** _____

_Frederick Iverr_

60418

EXHibit
10



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _FREDERICK D. RIVERS_    Date of Request: _10-28-2006_
ID #: _148197c_    Date of Birth: _03-17-1966_ Location: _8B- Dorm_
Nature of problem or request: _Can't Not Walk to good Come From Siting up 16_
_Hours, Back, leg, Neck, Feels Had Seizures 10-27-06 Head Have not stop_
_Hurting, was told to sign up For Sick Call, Left & Right Hand_
_Arthirdes Hurting, real bad, Having to Jump and Bend over Back went_
_out, need to see Doctor Bad_    _Frederick Rivers_
                                              Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10-31-06_
Time: _14-5_ AM **PM**
Allergies: _Steriods_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:** _See not Tool_

**(P)lan:** _Report to H.cu. Tuesday_ _11-1-06 @ 7⁰am_
_for MD appt._    _(11-1-06)_

Refer to: ( MD/PA ) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE (✓)    EMERGENCY ( )
   If Emergency was PHS supervisor notified:  Yes ( )    No ( )
        Was MD/PA on call notified:  Yes ( )    No ( )

_____ _____
                    SIGNATURE AND TITLE

_Plaintiff_
_Exhibit 2_

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS CC... AFTER NURSE INITIALS RECEIPT

INMATE REQUEST SLIP

Name FREDERICK Rivers Quarters E1-63A Date 2-20-07

AIS # 148197C

( ) Telephone Call        ( ) Custody Change      ( ) Personal Problems
( ) Special Visit         ( ) Time Sheet          ( ) Other_____

Briefly Outline Your Request- <u>Then Drop in Mail Box</u>

MB. pittmin, I tryed Crime bill, I can not do crime bill, I have had a head injuries and trying to do Crime bill, MAKE me have "SEizures." Yes I have had A SEizures From being stressout and made Angry or upset, en phase 2 of Crime Bill, its Call Angumonments, and I can not Do it my Health was Blie it, you can call my lawery or my Doctor, I can Do SAp or Do or DiE, Something that I don't have to Have SEizures to Complete, Thanks For your time.

<u>Do Not Write Below This Line</u> – <b>For Reply Only</b>

You have to take this up with Mr Mashburn, Drug Treatment Director

mrsKethman 2-21-7

_____
Approved        Denied        Pay Phone        Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden                    ( ) Deputy Warden        ( ) Captain
(✓) Classification Supervisor ( ) Legal Officer- Notary ( ) Record Office
                                  Public

N176

Plaintiff
Exhibit
2B

MH-O
9/11/2008

INMATE REQUEST SLIP
H7-83A
4
8/18/06

me *Frederick Rivers*     Quarters ~~~~ Date *2-22-07*

*releastion*     AIS # *148197 c*

( ) Telephone Call        ( ) Custody Change      ( ) Personal Problems
( ) Special Visit         ( ) Time Sheet         ( ✓ ) Other *or send me a Refuse*
              *horn*

Briefly Outline Your Request— Then Drop in Mail Box

*Marshburn, I tryed Crimebill, I can't complete it beca*
*use, I have had a head injuries, and being stressout or*
*made Angry or upset, in phase 2 of Crime bill, It's*
*Call angrmovment phase, MAKE me have SEizures*
*Yes, sir, I have had A SEizures From being stress*
*out and made Angry in Crime bill, MY health want*
*Alie me to Complete Crimbill, So iF You would*
*put Me in Something I Can Complete, SAP or Do*
*or DIE, So I don't have to Have SEizures to*
*Complete, I wrote ms. Pettman Also About this.*

Do Not Write Below This Line — For Reply Only

*FRED - THIS IS Your 4TH TRIP TO*
*PRISON - Sw SAP IS not Goinle To Help*
*You - CRIME BILL IS STRESSFUL BECAUSE*
*IT IS MAKING YOU THINK ABOUT AND FACE*
*THINGS You DoN'T WANT To THINK ABOUT.*
*BUT IF You CAN'T FACE THEM AND*

( ) Approved     ( ) Denied     ( ) Pay Phone     ( ) Collect Call

*DEAL WITH THEM IN PRISON - How IN*

Request Directed To: (Check One) *THE WORLD DO you EXPECT TO*

( ) Warden               ( ) Deputy Warden      ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary  ( ) Record Office

*Do BETTER IN THE FREE WORLD ?*
*Colvers*

EXHIBIT
2c

You FAILED C/B 2/9/07 — You will
HAVE To Go BACK To PHASE II C/B
IN July oR SIGN THE REFUSR
~~ELL~~ ~~SECLELS~~ ~~SELL~~ You CAN
THINK ABOUT IT now AND WAIT
~~XXXXXXXXX~~
' TIL LATER ~~XXXXXXX~~ 'CAUSE
I'M TELLING YOU — C/B IS WHAT
YOU NEED IF YOU WANT To STAY
HOME WHEN YOU GET HOME!
JUST DO IT!

~~XXXXXXXXX~~

~~XXXXX FOR THE REFUSE~~
WRITE BACK AFTER July 1 IF you
WANT To SIGN A REFUSAL.

2/27/07

EXHIBIT
 2D

INMATE REQUEST SLIP

· Name Rivers, Frederick  Quarters H-1 and 8th  Date 3-20-07

AIS # 148197c

( ) Telephone Call          ( ) Custody Change          (✓) Personal Problems
( ) Special Visit            ( ) Time Sheet              ( ) Other_____

Briefly Outline Your Request- Then Drop in Mail Box

Warden, Gile You have been Knowing
me 18 Years, And I don't play or lie
and I have Done all I Can Do Here,
SIR. Please let me go, It's time For
me to go, on! I am File-ing the paper
work on Crime bill program, Because
I reinjure myself and it have become
So bad I can't sleep or walk.
                    Thanks For Your
                          Time,

Do Not Write Below This Line — For Reply Only

(1) You need to    Classification
complete Phase II + Phase III of
Crime Bill (you go back in 7/15/07)
You are court order intensive SAP.!
You could be eligible for work

Approved        Denied         Pay Phone        Collect Call

release if you complete the program.

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden       ( ) Captain
( ) Classification Supervisor ( ) Legal Officer- Notary ( ) Record Office
                              Public  Mrs. Chapman
                                      3/23/07
N176

EXHIBIT
2E

INMATE REQUEST SLIP

Name _FREDERICK Rivers_ Quarters _H-1 Bids_ Date _4-25-07_

AIS # _148197_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit     ( ) Time Sheet        ( ) Other _TRANSFER_
                                                    _work relase_

Briefly Outline Your Request- <u>Then Drop in Mail Box</u>

_Miss Pittman_
_I have completed 10 weeks, Crime Bill(510)_
_Refuse to continue prodding inmates to keep from getting_
_kicked out of the class. I EOS on 2003 from_
_Atmore work Release with community county._
_Came back on technical violation with no_
_new case, May 2006. I have to question why_
_I'm still in this camp also one year later._
                                    _Respectfully Submitted_
                                    _Frederick Rivers 148197_

<u>Do Not Write Below This Line</u> – For Reply Only

_#1- you have a C suffic work Release_
_#2- No crime Bill = No work_
_#3- we don't reward treatment_
_failures! miss Pittman    4/26/07_

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden                    ( ) Deputy Warden      ( ) Captain
( ✓) Classification Supervisor ( ) Legal Officer- Notary ( ) Record Office
                                     Public

N176

EXHIBIT
    2B 2F

## ORIENTATION

### DORM 8B RESIDENTS
### (Non-Crime Bill Residents)

Welcome to the Crime Bill treatment dorm! You are being orientated to the rules and regulations of the Crime Bill dorm. Failure to comply with rules and regulations of Dorm 8B may result in a treatment write-up or disciplinary action. Please complete the information below. By signing this form, it states you have been orientated to the Crime Bill rules and regulations. Rules are posted on both sides of the dorm on the bulletin boards. You are responsible for knowing these rules.

In addition to these rules, I understand I must:

1. Attend 3:30 p.m. House Meeting
2. Attend Monday Night AA Meeting
3. Do Structure Job, on Time and Correctly

| Name & AIS | Date | Bed # | Signature |
|---|---|---|---|
| Jerry Michael Macon 247521 | | | |
| John Ready 232522 | | N/A | |
| Willie English 169446 | | | |

### CRIME BILL STAFF
Connie Bedsole, Drug Program Specialist
Evelyn Green, Drug Treatment Counselor
Delicia McGhee , Drug Treatment Counselor

Plaintiff
EXHiBit 22 G 2 29