IN THE UNITED STATES DISTRICT COURT
For THE MIDDLE DISTRICT OF ALABAMA

FREDERICK RIVERS,
Plaintiff,

Vs.

CONNIE BEDSOLE, ERINE MARSHBURN, J.C. GILES, MS. PITTMAN, RICHARD ALLEN, And DR. LINDA FLOYD.
Defendants.

CIVIL ACTION NO. 2:08-CV-24-WKV

RECEIVED
2008 MAR 17 A 8:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Compliant of Retalliation

At Ventress Correctional Facility, again Plaintiff\ Frederick Rivers, From Defendants Co.worker." I Have been Mental and physical Altercation by D.O.C. Officers. My right is being Violated As A Handicapped; Every Day; Fear For my life Hear, And any Correctional Facility, In 50 miles of Here because of Family And Co.worker of The Defendants, around This Area.

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

March 13, 2008 / Time 9:43 AM

Complianti Profile was not honored, and have not been honored from Dec. of 2007, have been and still is denied my medication and I am being provoked into a mental and physical altercation by D.O.C. officers at Ventress Correctional Facility. I was given a profile which prohibits me from periods of walking or standing in excess of 10 minutes so I went to the front of pill call line to recieve my medication and was told to go to the back of the pill call line by Officer J. Jackson, because "SHE STATED" that She did not care or honor no profiles. This have been going on for 3 months. So I then went to the Shift office for Some Assistance in this matter. Sgt. Longmire was at this time on the phone so I took a seat on the bench in the lobby to wait until she was finished. Officer Pagent walked up and asked me what I wanted. I then explained the suituation to him, at which time he rudely interrupted me in a disrespectful tone, told me to get out because he wasn't going to allow me get Officer J. Jackson into any trouble by expressing to Sgt. Longmire" Said I have told on his Co workes in my 1983 Form". I told Hem that I came to see Sgt. Longmire not Hem, To Let Sgt. Longmire no, that I was refused by Officer J. Jackson to honor my profile and denied me my medication. I have seizures when I don't get my medicine High blood pills, Some Experience two kind of pain in back and legs when I walk. Officer Pagent also stated, I don't care if you die stay your ass out of prison". I feel my rights have been violated under the Code of Federal Regulations: under federal procodure 17a Federal L Ed. Health, Education and Welfare Section 42:2239, Office of the Department of housing and urban Development - policies and procedures for the enforcement of Standards and Requirement for accessib-

Page 2

ility by the physically Handicapped; 24 CFR part 41.

<u>CERTIFY OF SERVED</u>

C.C. Director Office of Civil Rights Room 326-w, Whitten Building 1400 Independence Avenue s.w. Washington D.C. 20250-9410

C.C. Connie Bedsole, Erin Marshburn, J.C. Giles, ms. Pittman. Richard Allen / C/o D.O.C. Legal Division 301 South Ripley Street P.O. Box 301501 Montgomery, Alabama 36130-1501.

C.C. Linda Floyd / c/o Starnes? Atchison Seventh Floor 100 Brookwood Place Post Office Box 598512 Birmingham, Alabama 35259-8512

C.C. Office of Clerk united States District Court P.O. Box 711 Montgomery, Alabama 36101-0711

Frederick Rivers, Plaintiff
AIS# 148197 Dorm G-1
Ventress Correctional Facility
Clayton, AL 36016

Wherefore, the stated premises considered, the petitioner respectfully request that the Honorable Court, move him for his health and safety. Everything in this Compliant is true. And I hereby Certify that I have Served a copy of Forgoing Compliant of Retalliation.

Notary Block    Sign X Frederick Rivers

STATE OF ALABAMA    DATE X 3-13-08
County of Barbour

Notary public X Carolyn R. Abercrombie
My Commission Expires 06/08/2011

COMM. EXP DATE