IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK RIVERS, #148197, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-24-WKW |
| | ) |
| CONNIE BEDSOLE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On March 17, 2008, the plaintiff filed a document in which he seeks to present claims against officers Pagent and Jackson arising from actions related to their alleged refusal to honor his medical profile (Court Doc. No. 19).  The court therefore construes this document as a  motion to amend.  Upon consideration of the motion to amend, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.  The plaintiff is advised that if he seeks to proceed on the claims referenced in the aforementioned document he may file a separate 42 U.S.C. § 1983 action in which he raises such claims.

Done this 18th day of March, 2008.

                                             /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE