IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Frederick Rivers, #148197 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-24-WKW-TFM |
| | ) |
| Connie Bedsole, et al., | ) |
| | ) |
| Defendant, | ) |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Richard Allen, Rebecca Pittman, Jesse Giles, Ernest Marshburn, Connie Bedsole, Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] XX  These parties are individuals, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

  March 19, 2008   　　　　　　　　　　/s/Albert S. Butler_____
     Date　　　　　　　　　　　　　　　Counsel Signature

Richard Allen, Rebecca Pittman, Jesse Giles, Ernest Marshburn, Connie Bedsole
Counsel for (print names of all parties)

301 S. Ripley Street, Montgomery, AL  36130
Address, City, State Zip Code

  334-353-3886_____

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I	I, hereby certify that I have served a copy of the foregoing on the following person, by United States mail, postage prepaid, and properly addressed on this the 18th day of March, 2008.

Frederick Rivers, AIS #148197
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016

By placing same in the United States Mail, first class postage prepaid and properly addressed this 18th day of March 2008.

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General