IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

RECEIVED
2008 APR 11 A 10:01

DRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FREDERICK Rivers #148197
    Plaintiff,

v.                                          Civil Action No. 2:08-CV-24
                                                              WKW

CONNIE BEDSOLE, et. AL
        Defendants


PLAINTIFF's MOTION for Leave to Amend Complaint
pursuant to Fed. R. Civ. P. 15(a)

Comes now the plaintiff FREDERICK Rivers proceeding pro-se in the above Civil Action, hereby seeks permission from this honorable Court to file an Amended Complaint in good faith and in the interest of Justice.

This court stated in its order dated January 14, 2008 that the plaintiff, if he chose, could file an Amended Complaint within (90) days of the date of that order.

Plaintiff is a first time pro-se plaintiff, that has no legal training or experience with such matters.

SCANNED

The plaintiff claims he is being discriminated against at this Correctional institution because he is disabled.

Disabled prisoners have the same interest in access to the programs, services and activities available to the other inmates of their prison, as disabled people on the outside have to the counterpart programs, services, and activities available to them.

But they have no right to more services than Able-bodied inmates, but they have a right not to be treated even worse than more fortunate inmates

    Crawford 115 F.3d at 486

Whereof, plaintiff Frederick Rivers whom is disabled prays that he be permitted to file an Amended Complaint, which will not prejudice the defendants.

respectfully submitted

_____

He has just become aware of that his claims of Racial discrimination, which included facts that he was being and still is being subjected to discrimination, should have been more clearly plead under the Jurisdiction of the American with Disabilities Act Equal Protection Clause of the Fourteenth Amendment.

Therefore, the plaintiff is requesting permission to file a Amended Complaint pursuant to 42 USC 12101 et seq. The plaintiff's allegations which are contained in his original complaint will relate to the facts in the Amended Complaint.

This court did make a determination that his pleading in the original complaint, could not be properly and effectively processed by the Court, therefore in order for the defendants and this Court to understand and process his complaints, he respectfully moves this Court in the interest of Judicial economy, that he be allowed to file an Amended Complaint within (30) days of this motion.

This Court and the defendants would be better served, by the plaintiff filing a amended Complaint under the ADA, which Congress determined that, plaintiffs in prison and complaining of being discriminated against because they are disabled
See 42 USC 12101(a)(2)-(a)(3), (a)(5)-(a)(6)

Amos v. Maryland Dept. of Public Safety
178 F.3d 212 (1999)

Certificate of Service

I the plaintiff in this civil Action mailed a true and correct copy of this motion for leave to File an Amended Complaint placed into the United States Postal Service postage prepaid on April 8, 2008 to

Frederick Rivera

4-9-2008

Starnes + Atchison LLP
100 Brookwood Place, 7th Fl
P.O Box 598512
Birmingham, AL 35259-6000

Albert Sims Butler, Esq
Alabama Dept of Corrections
P.O. Box 301501
Montgomery AL 36130-1501

NAME Frederick Rivers  AIS # 148197  DORM # E-4
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

BED 15-A

MONTGOMERY AL 361
10 APR 2008 PM 3 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Clerk of Court.
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama
36101