IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK RIVERS, #148197, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-24-WKW |
| | ) |
| CONNIE BEDSOLE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The original complaint filed in this case challenged plaintiff's removal from a favorable prison program due to alleged racial discrimination. The defendants filed special reports addressing the claim presented in the complaint and the plaintiff filed a response in opposition to the reports. The court therefore set the case for disposition on the documents filed by the parties. *See Order of February 19, 2008 - Court Doc. No.* 1. On April 11, 2008, the plaintiff filed a motion for leave to amend in which he seeks permission to file an amended complaint alleging a violation of his constitutional rights and federal law with respect to purported discrimination against him based on an unidentified disability.

At this stage of the proceedings, the court finds that allowing such action would run afoul of the interests of justice and thwart judicial economy. Accordingly, it is

ORDERED that the motion for leave to amend be and is hereby DENIED. The plaintiff is advised that if he seeks to proceed on those claims referenced in the motion for

leave to amend he may do so by filing a separate 42 U.S.C. § 1983 action in which he raises such claims.

Done this 14th day of April, 2008.

          /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE