```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005256
Cashier ID: brobinso
Transaction Date: 05/27/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------------
PLRA CIVIL FILING FEE
 For: FREDRICK RIVERS
 Case/Party: D-ALM-2-08-CV-000024-001
 Amount:         $35.00
------------------------------------------
CHECK
 Check/Money Order Num: 20314
 Amt Tendered:  $35.00
------------------------------------------
Total Due:      $35.00
Total Tendered: $35.00
Change Amt:     $0.00
```