**IN THE** UNITED STATES DISTRICT Court OF THE
MIDDLE DISTRICT , **ALABAMA**

FREDERICK RIVERS
**PLAINTIFF (pro-se)**

**VS.**

**CASE NO : CV-** 2:08-CV-24-W.K.W
**AND** 2:08-CV-00354-WHA

**STATE OF ALABAMA**
**RESPONDANT(s)**

### *NOTICE OF CHANGE ADDRESS*

**Come now**, FREDERICK RIVERS , (pro-se) and do hereby

give unto this Honorable JUDGE TERRY F. MOORER

Middle District of Alabama and its Honorable Court Clerk

Debra P. Hackett ,is notice of address change as of the

DATE: 5-27-2008 . whereby he was transferred to

STATON Correction Facility located in Elmore

County, Alabama at P.O.Box # 56 , Elmore , Al.

Rivers, 7 and respectfully request that this Honorable

Court Please foward any and all correspondences to the same

as appears below.

**Submitted this the** MAY **day of** 29 , 2008.

Submitted by.

Frederick Rivers
(pro-se)
A.I.S.# 148197
Staton Corr. Fac.
P.O.Box #56
Elmore, Alabama. 36025-0056

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S.Mail on this the _MAY_ day of _89, 2008_ .

SERVICE TO: CLERK, DEBRA P. HACKETT, United STATES DisTrict Court
MiDDle District OF ALABAMA. P.O. Box 711 Montg, AL
36101

STARNES & ATChison 100 Brookwood Place P.O. Box 598512
B' HAM 35259

ALAbAMA DepARTment OF correction
LEgAL DiviSion 301 South RiPley St.
P.O. Box 301501
Montg, AL 36130

SUBMITTED BY

_FREDERICK Rivers,_  Fredaick Rum
(pro-se)

A.I.S.# 148187
STATON COR.FAC.
P.O.BOX #56
ELMORE,ALABAMA.36025-0056

NAME FREDERick Rivers AIS # 148197  DORM # D-1
STATON CORRECTIONAL FACILITY    BEd 16A
P. O. BOX 56
ELMORE, AL 36025

MONTGOMERY AL 361

30 MAY 2008 PM 2 L



"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

LEGAL MAIL

DEbrA, P, HAckETT ClERK,
United STATE DiStrict Court
MiddlE DistriCt oF ALAbAMA
P, O, Box 711
Montgomery, ALAbAMA
36101