```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006071
Cashier ID: brobinso
Transaction Date: 08/11/2008
Payer Name: STATON CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: FREDERICK RIVERS
 Case/Party: D-ALM-2-08-CV-000024-001
 Amount:         $33.00
-----------------------------------
CHECK
 Check/Money Order Num: 6207
 Amt Tendered:  $33.00
-----------------------------------
Total Due:      $33.00
Total Tendered: $33.00
Change Amt:     $0.00
```