IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FREDERICK RIVERS, #148197,      )
                                )
        Plaintiff,              )
                                )
        v.                      )    CASE NO. 2:08-CV-24-WKW[WO]
                                )
CONNIE BEDSOLE, *et al.*,       )
                                )
        Defendants.             )

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc.

# 29), and upon an independent review of the file in this case, it is ORDERED that the

Recommendation is adopted, and that this case is DISMISSED as moot.

An appropriate judgment will be entered.

DONE this 19th day of August, 2010.

                    _____/s/ W.  Keith Watkins_____
                    UNITED STATES DISTRICT JUDGE